Petition for Writ of Mandamus Denied and Opinion filed December 19, 2002









Petition for Writ of Mandamus Denied and Opinion filed
December 19, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01279-CV

____________

 

IN RE STEVEN C. SIMMONS, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

O P I N I O N

On December 12, 2002, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221; see also Tex. R. App. P. 52.  In his petition, relator
seeks to compel the Hon. Julie Kocurek, assigned
presiding judge, to set aside an interlocutory default judgment entered in the
underlying case styled Commission for Lawyer Discipline v. Steven C. Simmons,
filed under trial court cause number 2002-13655, in the 55th District Court of
Harris County.  

We deny relator=s petition for writ of mandamus.

PER CURIAM

 

Petition Denied
and Opinion filed December 19, 2002.

Panel consists of
Chief Justice Brister and Justices Hudson and Fowler.

Do Not Publish ‑ Tex. R. App. P. 47.3(b).